IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MARIA OROZCO,                       )
                                    )    2:07-cv-01453-GEB-KJM
          Plaintiff,                )
                                    )
     v.                             )    ORDER RE: SETTLEMENT
                                    )    AND DISPOSITION
RUSH PERSONNEL SERVICE, INC.,       )
                                    )
          Defendant.                )
                                    )
```

On February 12, 2009, the parties filed a Pretrial Statement and Notice of Settlement of Entire Case in which they state: "This case has recently settled in its entirety." Therefore, a dispositional document shall be filed no later than March 30, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Final Pretrial Conference scheduled for February 23, 2009, is reset for hearing on April 6, 2009, at 1:30 p.m., in the event no dispositional document is filed, and this action is not

1

1 | dismissed. Further, a joint final pretrial statement shall be filed
2 | seven days prior to the Final Pretrial Conference.[1]
3 | IT IS SO ORDERED.
4 | Dated: February 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference remains on calendar because the mere representation that an action has settled does not justify removing the action from the trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2