UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA OROZCO,

        Plaintiff,

    v.

RUSH PERSONNEL SERVICE, INC.,

        Defendant.

2:07-cv-01453-GEB-KJM

ORDER OF DISMISSAL

On February 20, 2009, an Order was issued requiring parties to file a dispositional document no later than March 30, 2009, or, file a joint final pretrial statement no later than seven days prior to the Final Pretrial Conference date, based on the Notice of Settlement filed on February 12, 2009.

Since there has been no response to the Order, this action is dismissed without prejudice. The Final Pretrial Conference set for April 6, 2009, at 1:30 p.m. is therefore, vacated.

IT IS SO ORDERED.

Dated: April 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge